458

(No. 74-CC-654—Claimant )

GRUNDY CO. SHERIFF'S DEPT., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LAW ENFORCEMENT, Respondent.

*Opinion filed June 13, 1974.*

GRUNDY CO., SHERIFF'S DEPT., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-657—Claimant )

AUTHORIZED REFRIGERATION PARTS CO., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed June 13, 1974.*

AUTHORIZED REFRIGERATION PARTS CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.